# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Coogler, Lawrence S. | Northern District of Alabama | 05/06/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

Tuscaloosa Federal Building
2005 University Blvd.
Tuscaloosa, AL 35401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | American Christian Academy |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1999 | State of Alabama, Retirement Systems - Retirement Account - I have no control over this account. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 05/06/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | University of Alabama - School of Law, Salary for teaching | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 05/06/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Tom Chambers | Quail Hunting | $450.00 |
| 2. | Price McGiffert | Quail Hunting | $450.00 |
| 3. | Brion Hardin | Quail Hunting | $250.00 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citimortgage | Real Estate Mortgage (Rental) | K |
| 2. | Bank Of America - Loan sold by Countrywide Mortgage | Real Estate Mortgage | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AUSI Common Stock (Personal) | | None | J | T | | | | | |
| 2. SNV Common Stock (Personal) | A | Dividend | J | T | | | | | |
| 3. Rental Property No. 2, Tuscaloosa, AL (____) HH | D | Rent | M | W | | | | | |
| 4. Rental Property No. 3, Tuscaloosa, AL (____) Cap | D | Rent | M | W | | | | | |
| 5. Coogler & Copeland, Jnt. Vnt. ( ) Tuscaloosa,AL) 50% Int | D | Rent | L | W | | | | | |
| 6. Checking Account #1 Bank of Tuscaloosa | | None | J | T | | | | | |
| 7. Checking Account #2 Bank of Tuscaloosa | | None | K | T | | | | | |
| 8. Savings Account - Compass Bank | A | Interest | L | T | | | | | |
| 9. Money Market Account #1 - Bank of Tuscaloosa | A | Interest | L | T | | | | | |
| 10. TD Waterhouse Bank Money Market Account (____) | A | Interest | J | T | | | | | |
| 11. TD Waterhouse Bank Money Market Account (CHC) | A | Interest | J | T | | | | | |
| 12. TD Waterhouse Bank Money Market Account (HCC) | A | Interest | J | T | | | | | |
| 13. TD Waterhouse Money Market Account (ADC) | A | Interest | J | T | | | | | |
| 14. Checking Account- Life Insurance Trust - Bank of Tuscaloosa | | None | J | T | | | | | |
| 15. RF Common Stock (CHC) | A | Dividend | J | T | | | | | |
| 16. AUSI Common Stock (CHC) | | None | J | T | | | | | |
| 17. RF Common Stock (HCC) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WFC Common Stock formerly WB (HCC) | A | Dividend | J | T | | | | | |
| 19. SNV Common Stock (HCC) | A | Dividend | J | T | | | | | |
| 20. RF Common Stock (ADC) | A | Dividend | J | T | | | | | |
| 21. WFC Common Stock formerly WB (ADC) | A | Dividend | J | T | | | | | |
| 22. SNV Common Stock (ADC) | A | Dividend | J | T | | | | | |
| 23. Real Estate Rental, Sherwood East, Ltd. 1/12 | | None | J | U | | | | | |
| 24. IRA (LSC) -TransAmerica Asset Allocation Fund | | None | K | T | | | | | |
| 25. Prepaid College Tuition Plan, State of Alabama (CHC) | D | Distribution | J | W | | | | | |
| 26. Prepaid College Tuition Plan, State of Alabama (HCC) | D | Distribution | J | W | | | | | |
| 27. Prepaid College Tuition Plan, State of Alabama (ADC) | | None | J | W | | | | | |
| 28. Real Estate, IHOP, LLC., Tuscaloosa, AL 40% | D | K-1 | M | U | | | | | |
| 29. Money Market Account #3, Bank of Tuscaloosa (CHC) | A | Interest | K | T | | | | | |
| 30. Money Market Account #4, Bank of Tuscaloosa (HCC) | A | Interest | J | T | | | | | |
| 31. Money Market Account #5, Bank of Tuscaloosa (ADC) | A | Interest | J | T | | | | | |
| 32. Savings Account - BFE Federal Credit Union | A | Interest | | | Closed | 10/10/12 | J | | |
| 33. Retirement Systems - State of Alabama | A | Interest | L | T | | | | | |
| 34. HCKT (Personal) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Rental Property No. 4 -Tuscaloosa, AL (CC) | D | Rent | M | W | | | | | |
| 36. | D | Dividend | J | U | | | | | |
| 37. Checking Account Compass Bank (CHC) | | None | J | T | | | | | |
| 38. Rental Property No. 5          ) - Tuscaloosa, AL | D | Rent | M | W | | | | | |
| 39. Merril Lynch Retirement Fund | | None | N | T | | | | | |
| 40. Checking Account Compass Bank (HCC) | | None | J | T | | | | | |
| 41. TSS | A | Dividend | J | T | | | | | |
| 42. TSS ( CHC) | A | Dividend | | | Sold | 01/04/12 | J | A | |
| 43. TSS ( HCC) | A | Dividend | J | T | | | | | |
| 44. TSS (ADC) | A | Dividend | J | T | | | | | |
| 45. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 05/06/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note:

The prepaid tuition plans are state plans that I have no control over. They are valued at their cost.

The incomes listed for the LLC's and the Ltd are K-1 incomes. The values for these assets are stated at my ownership percentage.

The Retirement Account listed on line 35 in Section VII constitutes the funds that are available to me due to my payments into my State of Alabama Retirement. When I resigned from the State of Alabama, those funds became available to me. I have chosen to leave those funds with the State of Alabama Retirement Systems and draw interest on those funds. Before I resigned, the retirement account was an obligation of the State of Alabama Retirement Systems to pay a percentage of my salary once I reached retirement age.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lawrence S. Coogler**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544